AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Waldemar Valle | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 02-CV-194 |
| C.O. T. Gebler, et al | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that summary judgment is granted in favor of defendants. Further, leave to appeal to the Court of Appeals as a poor person is denied.


Date: December 30, 2005                              RODNEY C. EARLY,
                                                     CLERK

                                              By:    s/Deborah M. Zeeb
                                                     Deputy Clerk